UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-20332-Civ-COOKE/WHITE
(03-20972-Cr-COOKE)

FREDERICK THOMAS HARRINGTON,

    Petitioner

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to Administrative Order 2003-10 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. On May 24, 2010, Judge White issued a Report [D.E. 48], recommending that the Petitioner's Motion be dismissed. The Petitioner has objected to Judge White's Recommendation, and has moved in the alternative for a Certificate of Appealability [D.E. 51 & 52].

I have considered Judge White's Report and Recommendations, and have made a *de novo* review of the record. I find Judge White's Report and Recommendations clear, cogent, and compelling. It is **ORDERED and ADJUDGED** that Judge White's Report and Recommendation [D.E. 48] is **AFFIRMED and ADOPTED**. The Petitioner's Amended Motion to Vacate or Correct Sentence Pursuant to 28 U.S.C. Section 2255 [D.E. 35] is **DENIED**. The Clerk is directed to **CLOSE** this case. An order on the Petitioner's Motion

for a Certificate of Appealability [D.E. 52] will be issued separately.

**DONE and ORDERED** in chambers, at Miami, Florida, this 29th day of June 2010.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Counsel of record*
*Frederick Thomas Harrington*, pro se